TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00599-CV







In re Twin Laboratories, Inc. and Twinlab Corporation







ORIGINAL PROCEEDING FROM BASTROP COUNTY







PER CURIAM


 Relator Twin Laboratories, Inc. and Twinlab Corporation have filed a petition for writ
of mandamus and motion for emergency relief and stay. See Tex. R. App. P. 52.10. We overrule
the motion for emergency relief and stay, and deny the petition for writ of mandamus. See Tex. R.
App. P. 52.8 (a).


Before Justices Kidd, B. A. Smith and Yeakel

Filed: September 25, 2002

Do Not Publish